UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BRIMMAGE,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a National Association, and JOHN DOES 1-10,<br><br>    Defendants. | NO. 2:17-cv-00226-SAB<br><br>**ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND** |

    Before the Court is the Parties' Stipulated Motion For Order to Remand, ECF No. 7. Plaintiff filed this action on May 15, 2017 in Stevens County Superior Court alleging that Defendant improperly recorded a lien on Plaintiff's property. ECF No. 1-1. For the purposes of the present motion, Defendant stipulates that it was provided with proof of mail service of the Complaint on May 16, 2017. ECF No. 7. Defendant filed a Notice of Removal on June 19, 2017 pursuant to 28 U.S.C. § 1332, ECF No. 1, and the parties' stipulated motion to remand was filed on July 20, 2017. ECF No. 7.

    Under 28 U.S.C. § 1446(b), a notice of removal of a civil action must be filed within thirty days of receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief. A timely motion to remand based on a non-jurisdictional defect must be made within thirty days of the filing of the notice of removal. 28 U.S.C. § 1447(c). Here, Defendant's Notice of Removal was filed more than thirty days after Defendant was served with the

**ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND** + 1

Complaint, making it untimely. Because the parties' stipulated motion to remand based on this procedural defect was made within thirty days of the filing of the notice of removal, the Court grants the parties' motion and remands this case to Stevens County Superior Court.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion to Remand, ECF No. 7, is **GRANTED**.

2. The District Court Executive is directed to remand this action to the Stevens County Superior Court.

3. All deadlines are **VACATED** and any pending motions are **DENIED as moot**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 1st day of August, 2017.



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND** + 2